## John S. Wright *versus* Edward Bosworth, Trustee.

In a process of foreign attachment, whenever the plaintiff elects to try the question, whether chargeable or not, by a jury, the trustee is entitled to a specification of the grounds on which the plaintiff will attempt to charge him.

This was an action brought against Bosworth as the trustee of John Foord, and the Plaintiff having elected to try the question whether the trustee was chargeable by a jury.

*J. Parker*, for the trustee, moved the court for an order upon the plaintiff to file a specification of the grounds upon which he sought to charge the trustee.

*J. Bell*, for the plaintiff.

*By the Court.* We are of opinion that it will be convenient in practice to establish it as a general rule that whenever a plaintiff elects to put the case of a trustee to a jury, he shall give to the trustee a specification stating the ground on which he expects to charge the trustee. The motion of the trustee in this case must prevail.